IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

BILLY R. ROSS                                                                                              PLAINTIFF

v.                                            3:05CV00033 JTR

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                                                            DEFENDANT

**JUDGMENT**

Consistent with the Order entered on this day, IT IS CONSIDERED, ORDERED, AND ADJUDGED that judgment be entered for the Plaintiff, reversing the decision of the Commissioner, and remanding this case to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g) and *Buckner v. Apfel*, 213 F.3d 1006, 1010-11 (8th Cir. 2000).

DATED this 16th day of March, 2006.

_____
UNITED STATES MAGISTRATE JUDGE